**SO ORDERED.**



**Dated: February 11, 2010**

# T I F F A N Y & B O S C O
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32565/0075822288

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kia J. Chamberlain<br>　　　　　Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　　Movant,<br>　　　vs.<br><br>Kia J. Chamberlain, Debtor, S. William Manera,<br>Trustee.<br><br>　　　　　Respondents. | No. 2:09-bk-33001-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 18, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Kia J. Chamberlain has an interest in, further described as:

> Lot 16, Desert Ridge 4.17, according to Book 399 of Maps, page 35, and Certificate of Correction recorded in Document No. 95-755124 and Re-Recorded in Document No. 95-763343, records of Maricopa County, Arizona.
>
> EXCEPT all, oil, gas other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizer of every name and description; and
>
> EXCEPT all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionalbe materials whether or not of commercial value, as set forth in Section 37-231 ARS.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT